**David Everett THURMANN,
Plaintiff—Appellant,**

v.

**Robert KRAMER, Defendant—
Appellee.**

No. 02–16114.

D.C. No. CV–02–02484–SI.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002 *.

Decided Sept. 12, 2002.

Before HUG, O'SCANNLAIN, and
TASHIMA, Circuit Judges.

MEMORANDUM **

This appeal from an order denying a motion for a preliminary injunction comes to us under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We will reverse the denial of a preliminary injunction only if the district court abused its discretion or based its decision on an erroneous legal standard or on clearly erroneous findings of fact. *Sammartano v. First Judicial District Court,* No. 01–16685, 2002 WL 1963341 (9th Cir. Aug.26, 2002). We cannot say that the district court abused its discretion here

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

primarily because there is no showing that the district court had jurisdiction.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.